# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 10, 2015

### NO. 03-13-00542-CV

**T. June Melton, Appellant**

**v.**

**Dale Beebe Farrow and Gary W. Raba, Appellees**

---

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD**
**AFFIRMED -- OPINION BY JUSTICE PURYEAR**

---

This is an appeal from the judgment signed by the trial court on July 17, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.